Report Date: November 3, 2017

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Juan Carlos Mayoral-Flores    Case Number: 0980 4:14CR06050-SMJ-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: January 6, 2015

| | | |
|---|---|---|
| Original Offense: | Alien in United States After Deportation, 8 U.S.C. § 1326 | |
| Original Sentence: | Prison - 12 months; TSR - 36 months | Type of Supervision: 3 years |
| Asst. U.S. Attorney: | Ian Lloyd Garriques | Date Supervision Commenced: 11/02/2015 |
| Defense Attorney: | Alison Guernsey | Date Supervision Expires: 11/01/2018 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On or about November 1, 2017, Mr. Mayoral-Flores was arrested by the Seattle Police Department for assault-domestic violence, incident number 2017-406433. |
| | On November 1, 2017, Mr. Mayoral-Flores was arrested and transported to King County Jail for domestic violence assault.  He has a hearing on November 3, 2017, at 2:30 p.m. before a King County Superior Court Judge.  Mr. Mayoral-Flores is being held without bail. |
| 2 | **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee.  Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry. |

**Supporting Evidence**: On or about November 1, 2017, Mr. Mayoral-Flores entered the United States without legal permission from the United States Attorney General or his designee.

On November 1, 2017, Mr. Mayoral-Flores was arrested in Seattle, Washington, as noted in violation number 1.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 3, 2017

s/Jonathan Barcom

Jonathan Barcom
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

11/03/2017
Date